LAW OFFICES OF
# BROCK & STOUT

2731 ROSS CLARK CIRCLE
DOTHAN, ALABAMA 36301
(334) 671-5555
Fax: (334) 792-3562

WWW.BROCKANDSTOUT.COM

March 25, 2021

U.S. Bankruptcy Court
Middle District of Alabama
One Church Street
Montgomery, AL 36104

RE: Address Change
Debtor: Myra Lastressia Crockett
Case #: 18-32067

Dear Mr. Guerrero:

Please be advised that Myra Lastressia Crockett has had a recent change of address; therefore, we request that any correspondence be sent to the following address:

5779 Belleau Drive
Montgomery, AL 36117

Should you have any questions or wish to discuss this matter more fully, please feel free to contact me.

Sincerely,

/s/Trista Crislip
Legal Assistant for Michael D. Brock